1  PETER C. BERNHARD
Nevada Bar No. 734
2  JONI A. JAMISON
Nevada Bar No. 11614
3  KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
5  Fax:             (702) 796-7181
pbernhard@kcnvlaw.com
6  jjamison@kcnvlaw.com

7  **Attorneys for Defendants Breakwater**
**Equity Partners, LLC, Jack Rose, Samantha**
8  **Randant, Randall C. Ghezzi, Richard Pinto,**
**and Sidney Mandel**

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

12  | NNN 2716 NORTH TENAYA 24, LLC, a Delaware limited liability company, | Case No.:  2:16-cv-01571-JCM-PAL |

13

14  Plaintiff,     **STIPULATION AND ORDER TO**
**EXTEND TIME TO FILE REPLY IN**
    *vs.*           **SUPPORT OF MOTION TO TRANSFER,**
15                  **OR, IN THE ALTERNATIVE, TO**
                    **DISMISS**
16  BREAKWATER EQUITY PARTNERS, LLC,
a California limited liability company; JACK
ROSE, an individual; SAMANTHA           **(FIRST REQUEST)**
17  RANDANT, an individual; RANDALL C.
GHEZZI, an individual; RICHARD PINTO, an
18  individual; SIDNEY MANDEL, an individual;
and Does I through X and Roe Corporations XI
19  through XX,

20  Defendants.

21        The parties stipulate that defendants will have an extension until Wednesday,

22  August 24, 2016 to file their reply in support of their Motion to Transfer, or, in the Alternative,

23  to Dismiss (ECF No. 5), filed on July 14, 2016.  Plaintiff filed its opposition (ECF No. 15) on

24  August 3, 2016.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1851298_1.docx   17856.1

Page 1 of 2

1    This request is made to accommodate defendants' counsel's schedule and to allow

2    sufficient time to prepare the reply brief.  The parties make this stipulation in good faith and not

3    for the purpose of delay, and represent that this extension will not prejudice any party.  There is

4    therefore good cause for the Court to approve this stipulation.

5    WOLF, RIFKIN, SHAPIRO,                    KAEMPFER CROWELL
     SCHULMAN & RABKIN, LLP

6

     By  /s/  Justin Jones                         By  /s/  Joni A. Jamison
7       Don Springmeyer, No. 1021                    Peter Bernhard, No. 734
        Justin Jones, No. 8519                       Joni A. Jamison, No. 11614
8       3556 East Russell Road                       1980 Festival Plaza Drive
        Second Floor                                 Suite 650
9       Las Vegas, Nevada 89120                      Las Vegas, Nevada 89135

10   Attorneys for Plaintiff NNN 2716 North     Attorneys for Defendants Breakwater
     Tenaya 24, LLC                             Equity Partners, LLC, Jack Rose, Samantha
11                                              Randant, Randall C. Ghezzi, Richard Pinto,
                                                and Sidney Mandel

12

13                                  **ORDER**

14            IT IS SO ORDERED.

15                                        _____
                                          UNITED STATES DISTRICT JUDGE
16
                                          DATED: _August 12, 2016_____
17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1851298_1.docx   17856.1

Page 2 of 2